# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:12cv15

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MARIANNE BYRD a/k/am KATIE ) | |
| BYRD, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Unopposed Motion to Seal [# 40]. Defendants move to temporarily file under seal the settlement agreement reached by the parties. Upon a review of the record, the motion, and the relevant legal authority, the Court **GRANTS** the motion [# 40]. The parties may file the settlement agreement under seal, and the document shall remain under seal until further Order of this Court.

Signed: August 5, 2013

Dennis L. Howell
United States Magistrate Judge