# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## CIVIL CASE NO. 2:12-cv-00015-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MARIANNE BYRD, a/k/a KATIE | ) | |
| BYRD; MICHAEL BYRD; MOSS | ) | |
| GREENE, individually and as a | ) | |
| limited partner of Montagna | ) | |
| Associates, LP; MONTAGNA | ) | |
| ASSOCIATES, LP; ACKIE BYRD, | ) | |
| individually and as a limited partner | ) | |
| of Montagna Associates, LP; | ) | |
| NORTH CAROLINA DEPARTMENT | ) | |
| OF REVENUE; ROBERTS AND | ) | |
| STEVENS PA, as Trustee of Chapter | ) | |
| 7 Bankruptcy Estate of Marianne | ) | |
| and Michael Byrd; and DAVID GRAY, | ) | |
| as Trustee of Chapter 13 Bankruptcy | ) | |
| Estate of Marianne and Michael Byrd, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay [Doc. 44].

For the reasons stated in the parties' motion, and for cause shown, the Court will stay this action until June 30, 2014 so as to allow the parties time to complete the terms of their settlement agreement and to file either a

stipulation of dismissal or agreed judgment.  Should the parties not file the necessary closing documents with the Court on or before June 30, 2014, the stay shall be lifted automatically and this case will be set on the next calendar for trial.   The parties are advised that it is highly unlikely that any extension of this deadline will be granted.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Stay [Doc. 44] is **GRANTED**, and this action is hereby **STAYED** until **June 30, 2014**.

The Clerk of Court is respectfully directed to administratively close this case.

**IT IS SO ORDERED.**          Signed: January 24, 2014

Martin Reidinger
United States District Judge